# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0658, A13A0659. CUNNINGHAM v. OAK STREET DEVELOPMENT, INC. et al.**

On January 9, 2013, the above-styled appeals were "dismissed as moot" by this Court. This was a clerical error, because the order should have stated that the appeals were "dismissed."

Accordingly, the January 9, 2013 order of this Court is VACATED.

For the same reasons given in that order, however, the above-styled appeals are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/06/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*